HYATT ET AL. *v.* BETTIS, DISCIPLINARY COUNSEL.

[Cite as Hyatt *v.* Bettis (1987), 33 Ohio St. 3d 123.]

(No. 87-1577—Decided December 2, 1987.)

*Jones, Day, Reavis & Pogue;* *Patrick F. McCartan* and *John W. Zeiger,* for plaintiffs Joel Z. Hyatt, William H. Brooks and Hyatt Legal Services.

*J. Warren Bettis,* disciplinary counsel, and *Mark H. Aultman,* for defendant.

*Per Curiam.* Plaintiffs' complaint for a declaratory judgment and defendant's cross-complaint for declaratory judgment are dismissed.

*Complaint and cross-complaint dismissed.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS and H. BROWN, JJ., concur.

WRIGHT, J., dissents.